IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:04-cr-00168-3 |
| v. | ) | Judge Nixon |
| | ) | |
| BIANCA ANASTASI JONES | ) | |

## ORDER

Pending before the Court are Defendant Bianca Anastasi Jones's Motion for Leave to File Pleading Under Seal ("Motion to File Under Seal") (Doc. No. 201) and Motion to Modify Conditions of Supervised Release ("Motion to Modify") (Doc. No. 222). Also pending is the Government's Motion for Detention ("Detention Motion") (Doc. No. 207). Upon consideration, the Court **GRANTS** Defendant's Motion to File Under Seal (Doc. No. 201), and **TERMINATES AS MOOT** Defendant's Motion to Modify (Doc. No. 222) and the Government's Detention Motion (Doc. No. 207).

It is so ORDERED.

Entered this the 6th day of February, 2014.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT